**Garth YOUD, Plaintiff and Appellant,**

v.

**Richard B. JOHNSON; and Howard, Lewis & Peterson, a partnership, Defendants and Respondents.**

**No. 880431–CA.**

Court of Appeals of Utah.

Feb. 21, 1990.

Roy G. Haslam and Elizabeth S. Whitney, Salt Lake City, for plaintiff and appellant.

Stephen B. Nebeker, Thomas L. Kay and Paul D. Newman, Salt Lake City, for defendants and respondents.

Before DAVIDSON, BILLINGS and JACKSON, JJ.

## ORDER

This court, having considered the respondent's petition for rehearing and appellant's reply, in which both parties stipulated that the bank account at issue is a multiple-party account governed by Utah Code Ann. §§ 75-6-101 to -115 (1978), hereby grants rehearing limited to the issue of whether the bank was discharged from any liability to appellant by operation of Utah Code Ann. § 75-6-112 (1978). The opinion previously issued in this case, published as *Youd v. Johnson*, 124 Utah Adv. Rep. 45 (Ct.App.1989), is hereby withdrawn. A substitute opinion on rehearing will be issued by the court without any further oral argument by the parties.